# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARCUS H. RUNNELS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-21-244-G ) |
| STATE OF OKLAHOMA, | ) ) ) |
| Respondent. | ) |

## ORDER

On March 22, 2021, Petitioner Marcus H. Runnels, a state prisoner, filed this action seeking federal habeas corpus relief. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

On May 11, 2021, Judge Green issued a Report and Recommendation (Doc. No. 7), in which she recommended the habeas petition be dismissed based upon Petitioner's failure to prosecute and failure to comply with the Court's orders. In the Report and Recommendation, Judge Green advised Petitioner of his right to object to the Report and Recommendation by June 1, 2021. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. This action is DISMISSED. A separate judgment shall be entered.

IT IS SO ORDERED this 24th day of June, 2021.

/s/ Charles B. Goodwin
CHARLES B. GOODWIN
United States District Judge