# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARCUS RUNNELS,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )    **Case No. CIV-21-244-G** |
| | ) |
| | ) |
| **JIMMY MARTIN, Warden,** | ) |
| | ) |
|     **Respondent.** | ) |

## ORDER

On March 22, 2021, Petitioner Marcus Runnels, a state prisoner, filed this action seeking federal habeas corpus relief. *See* Pet. (Doc. No. 1); Am. Pet. (Doc. No. 14). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

On March 4, 2022, Judge Green issued a Report and Recommendation (Doc. No. 22), in which she recommended this action be dismissed based upon Petitioner's failure to comply with the Court's order and to correct his deficient pleading. In the Report and Recommendation, Judge Green advised Petitioner of his right to object to the Report and Recommendation by March 25, 2022. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 22) is ADOPTED in its entirety. This action is DISMISSED without prejudice. Petitioner's pending motions (Doc. Nos. 19, 20) are DENIED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 6th day of April, 2022.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge